IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| CSX TRANSPORATION, INC., | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-0528-CG-B |
| | ) |
| NAFTEL WAYNE NELSON and | ) |
| JAMES M. JOHNSON d/b/a | ) |
| JOHNSON LOGGING, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The parties having filed a Joint Stipulation for Dismissal with Prejudice on October 23, 2014 (Doc. 32), all claims in this action are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear his or its own costs, expense, and attorney's fees.

**DONE and ORDERED** this 24th day of October, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE